452 A.2d 35

Silver Springs v. Intercoast, et al. v. Snyder.

Appeal of the Kimco Corporation.

Appeal of Intercoast of York, Inc.

Argued September 8, 1980. Rees Griffiths, for appellants; David E. Lehman, for Silver Springs, appellee; James K. Thomas, II, for Snyder, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.